Opinion issued June 5, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00377-CV

___________


CARL MAYLAND HOLDER, Appellant


V.


TERRI LEE BROOKS, Appellees






On Appeal from the 245th District Court

Harris County, Texas

Trial Court Cause No. 1988-12468






MEMORANDUM OPINION

 On March 21, 2008, we received a letter from appellant, stating that the case
was being settled. Because no motion to dismiss was filed, on April 28, 2008, the
Clerk of the Court issued a notice to appellant stating that unless, within 20 days of
the date of the notice, the parties to the appeal demonstrated that there was a live
controversy between them as to the merits of this appeal, the appeal would be
dismissed. 

 Additionally, appellant's brief was due, but not filed on March 18, 2008. After
being notified that this appeal was subject to dismissal for failure to file the brief,
appellant did not adequately respond. See Tex. R. App. P. 42.3(b),(c)(allowing
involuntary dismissal of case).

 Accordingly, we dismiss the appeal for want of prosecution. Id.; Tex. R. App.
P. 38.8(a)(1).

PER CURIAM

Panel consists of Chief Justice Radack and Justices Keyes and Higley.